# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

COLIN JOSEPH MALONEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1293

_____

February 13, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Paul Duval Johnson of Law Offices of Paul Duval Johnson, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.